

# NUMBER 13-23-00573-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MICHAEL L. FOGLIO,**                                                              **Appellant,**

**v.**

**MARIA LUISA SANCHEZ
PORTILLA AND RENTAL
PROPERTY PROFESSIONALS,**                                                    **Appellees.**

---

## ON APPEAL FROM COUNTY COURT AT LAW NO. 3
## OF BEXAR COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña
Memorandum Opinion by Chief Justice Contreras**

This cause is before the Court on its own motion.[1] On November 28, 2023, appellant filed a notice of appeal. On December 13, 2023, the Clerk of the Court requested

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

appellant to remit a $205.00 filing fee within ten days from the date of the notice. On December 14, 2023, the Clerk of the Court notified appellant the amended notice of appeal did not comply with the Texas Rules of Appellate Procedure 9.5(e) and 25.1(d)(1). *See* TEX. R. APP. P. 9.5(e), 25.1(d)(1). On January 24, 2024, the Clerk of the Court again notified appellant of the delinquent filing fee and defects in his notice of appeal. Furthermore, appellant was notified that if the defects on the notice of appeal were not corrected within ten days or if the payment was not submitted within ten days, the appeal would be dismissed. *See id.* R. 42.3(b), (c).

Appellant has not paid the filing fee, has failed to cure the defects in the notice of appeal, and has not otherwise responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
25th day of April, 2024.

2